## MEMORANDA.

### The Detroit & Bay City Railroad Company v. James Graham, Highway Commissioner of the Township of Vassar.

*Condemnation for highway—Award of damages—Certiorari.*

An appeal to the township board from the decision of a highway commissioner in awarding damages for property taken for a highway is provided for by Comp. L. § 1264 (Act 216 of 1875); and if the only question is as to the amount of damages, *certiorari* will not lie to the commissioner to remove the proceedings to the Supreme Court, where no reason is given for not resorting to the remedy by appeal

Certiorari. Submitted June 23. Writ quashed June 23.

*G. V. N. Lothrop* for plaintiff in certiorari.

*Black & Quinn* for defendant in certiorari.

Per Curiam. In this case the only question involved is as to the proper amount of damages which should be awarded for the taking of the property of the Railroad for highway purposes. The statute has provided for an appeal from the Highway Commissioner to the Township Board.

It must be presumed that if the commissioner refused to consider the proper elements of damage, the board would have done justice on the appeal. We think the case should have been appealed, and as no sufficient reason appears why that remedy was not resorted to, we see no ground for permitting the *certiorari* to stand, and it must be dismissed as improvidently granted.